**Emil Arnesen and Johanna Arnesen, appellees, v. Joseph Brothers Lumber Company, appellant. Gen. No. 27,656.**

Suit to recover damages to fence by runaway team of horses. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Harry G. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923.

Hyman Soboroff, for appellant. Dawson & Dawson, for appellees; Mitchell Dawson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.